UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKEETRA N. MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>CLAYTON COUNTY BOARD OF EDUCATION, BARBARA PULLIAM, DONALD DUNNIGAN, GARY TOWNSEND, FRANK MCKENZIE, ANGELA WINDISCH.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-2761-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of September, 2008.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                                By:   s/Velma Shanks
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 30, 2008
James N. Hatten
Clerk of Court

By: s/Velma Shanks
      Deputy Clerk